# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                                                                     Criminal No. 19-MJ-00972-LF

AMBER DRAPEAU,

        Defendant.

## ORDER GRANTING PARTIES' JOINT REQUEST TO GIVE PARTIES ADDITIONAL TIME TO PLACE DEFENDANT IN PRETRIAL DIVERSION PROGRAM

THIS MATTER was considered upon the parties Joint Status Report re Pretrial Diversion, filed November 1, 2019. Doc. 18. In the Joint Status Report, the parties state that they have agreed to and signed a pretrial diversion agreement, and that the United States Probation and Pretrial Services' office is considering Ms. Drapeau for a pretrial diversion program. Ms. Drapeau appeared for her intake interview for the program on October 11, 2019, and was told at that time that it would be approximately 30 days before Ms. Drapeau would know whether she was accepted into the program. The parties therefore requested that the Court allow an additional 30 days from November 1, 2019 for the United States Probation and Pretrial Services to complete its review of Ms. Drapeau's case and either let the Court know that Ms. Drapeau has been accepted into the pretrial diversion program or request a new trial date.

Based on the information set forth in the parties' Joint Status Report, the Court finds that the ends of justice served by the granting of a continuance to permit Ms. Drapeau's potential entry into a pretrial diversion program outweigh the best interest of the public and the Defendant in a speedy trial. The parties must submit a status report to the Court no later than December 2, 2019, informing the Court whether Ms. Drapeau has been admitted into a pretrial diversion

program, or whether a new trial date will need to be set. The period from November 15, 2019 until December 2, 2019 is excluded from the computation of time within which a trial must be held pursuant to 18 U.S.C. § 3161(h)(7)(A).

_____
THE HONORABLE LAURA FASHING
United States Magistrate Judge