# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                               Criminal No. 19-MJ-00972-LF

AMBER DRAPEAU,

    Defendant.

## ORDER

THIS MATTER was considered upon the parties Joint Status Report, filed December 2, 2019. Doc. 20. In the Joint Status Report, the parties state that the United States Probation and Pretrial Services has approved Ms. Drapeau's application for pretrial diversion, and the pretrial diversion agreement has been signed by the parties and by U.S. Probation. Ms. Drapeau has started her participation in the program. The parties requested that the Court set a deadline for filing a status report regarding completion of the pretrial diversion program on or before January 1, 2021, by which time the United States must either dismiss the charges because of successful completion of the pretrial diversion program or the parties must ask for a new trial date.

Based on the information set forth in the parties' Joint Status Report, the Court orders the parties to submit a status report to the Court no later than December 15, 2020, informing the Court whether Ms. Drapeau has successfully completed the pretrial diversion program, or whether they will be requesting a new trial date.

_____
Laura Fashing
United States Magistrate Judge